# UNITED STATES DISTRICT COURT

FILED

DISTRICT COURT OF GUAM

for the

NOV 30 2017

District of Guam

Division

JEANNE G. QUINATA
CLERK OF COURT

)  Case No. 17-00128
)        (to be filled in by the Clerk's Office)

_____Sedfrey M. Linsangan (Pro Se)_____
*Plaintiff(s)*

)
)
)
)  Jury Trial: *(check one)* ☐ Yes    ☒ No
)
-v-
)
)
)
)
_____Guam Election Commission_____
*Defendant(s)*
)
)
)
)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

1

ORIGINAL

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Sedfrey M. Linsangan |
| Address | P.O. Box 23128 |
| | Barrigada _____ Guam ___ 96921 _____ |
| | *City*      *State*      *Zip Code* |
| County | |
| Telephone Number | 929-1616, 649-6997-8 |
| E-Mail Address | |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**

| | |
|---|---|
| Name | Guam Election Commission |
| Job or Title *(if known)* | |
| Address | 414 West Soledad Avenue, GCIC Bldg., Suite 200, 2nd floor |
| | Hagatna _____ Guam ___ 96921 _____ |
| | *City*      *State*      *Zip Code* |
| County | |
| Telephone Number | |
| E-Mail Address | |

☐ Individual capacity      ☐ Official capacity

**Defendant No. 2**

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Address | |
| | *City*      *State*      *Zip Code* |
| County | |
| Telephone Number | |
| E-Mail Address | |

☐ Individual capacity      ☐ Official capacity

2

Defendant No. 3

Name _____

Job or Title *(if known)* _____

Address _____

| City | State | Zip Code |
|------|-------|----------|

County _____

Telephone Number _____

E-Mail Address _____

☐ Individual capacity ☐ Official capacity

Defendant No. 4

Name _____

Job or Title *(if known)* _____

Address _____

| City | State | Zip Code |
|------|-------|----------|

County _____

Telephone Number _____

E-Mail Address _____

☐ Individual capacity ☐ Official capacity

## II.  Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau, of Narcotics. 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.  Are you bringing suit against *(check all that apply):*

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B.  Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Fourteenth Amendment to the United States Constitution, various provisions of the Bill of Rights contained within the

Organic Act of Guam of 1950. Section 1421b(u), Section 1421b(n), Section 1423d, Section 1421b(h).

3

C.     Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights.  If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D.     Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance   regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law.  Attach additional pages if needed.

Guam Election Commission is enforcing subsection (a) of § 15404 of Ch15 of 3GCA. It mandates that gubernatorial candidates need to have a running mate in the primary election. The Commissioners and legal counsel informed me that I cannot run for Governor if I don't have a team or running mate. They are also requiring all candidates to seek nominating petitions that are too excessive. They are also practicing inequality issues by not requiring candidates running for other elected offices such as OPA, AG, and CCU offices to seek nominating petitions.

## III.    Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.   If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?

Guam Election Commission meeting held May 2017. I raised my issues in the public participation. Executive director and the rest of the Commission were present. The Chairwoman told me they are just following the law. They asserted their position of the requirements of running mate and nominating petition, and that I would have to see the Legislature.

B.    What date and approximate time did the events giving rise to your claim(s) occur?

Events occurred in the past elections and up to present, when I attended the Guam Election Commission meeting held on May 2017 around 7:00 pm.

4

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

My claim is that they are denying me of my constitutional, organic, and US rights. They are also practicing inequality on nominating petition requirements that are also excessive. The Guam Election Commission Legal Counsel told me that I have to go to Congress for my concerns. At the Guam Election Commission meeting, I reasoned out that Section 1422 of the Organic Act of Guam does not mandate that the Gubernatorial candidate is required to have a running mate/team in the primary election. Section 1422 is referring to the general election. Since it is specified in the provision that the Governor of Guam together with the Lt. Governor shall be elected by a majority of votes cast by the people who are qualified to vote for members of the Legislature of Guam. In the primary election, candidates are not yet elected as Governor and Lt. Governor. They are voted to represent their party in the general election by plurality or most votes not by majority.

Section 1422 also specifies that the Governor and Lt. Governor shall be chosen jointly by the casting by each voter of a single vote applicable to both offices. This provision will be satisfied since the candidates for Governor and Lt. Governor that received the most votes in the primary election can team up for the general election.

In California and all other US states, Governor and Lt. Governor can run separately and are voted as such. In the presidential primary election, the candidates do not need a running mate until the general election. Guam should follow that system otherwise Guam will be in violation.

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I want the court to declare the current conduct of primary election for Governor and Lt. Governor unconstitutional, unorganic, undemocratic, and a deprivation of rights of US citizens.

I want the court to order Guam Election Commission to accept and certify all the Governor and Lt. Governor candidates even without a running mate in the primary election. GEC allows Mayoral candidates to run separately, but not gubernatorial.

5

I want the court to order Guam Election Commission to accept and certify the Governor and Lt. Governor candidates if they have a team or running mate, but they will be voted separately in the primary election. Each voter will cast a single vote applicable to one office only in the primary election for all candidates with or without a running mate.

I want the court to allow or authorize the winning candidates for Governor of each party to select his running mate in case the winning Lt. Governor candidate of each party declines to team up or if something should happen to him by an act of God.

I want the court to reduce the nominating petition requirement for candidates. The current law mandates 500 for Governor and Lt. Governor, 250 for Senator, 100 for Mayor and Vice Mayor. This practice is excessive and a violation of the Bill of Rights. In California, only 65 nominating petitions is needed for Gubernatorial candidates. California has 39.6 million in population while

Guam is only 174,000.

I want the court to order Guam Election Commission to practice equality for all candidates. OPA, AG, CCU candidates should also seek nominating petitions. Right now, they are not required to seek any.

I want the court to order Guam Election Commission to require a fair, impartial nominating petition to all (50 for Governor, Lt. Governor, and Congress, 30 for Senator, OPA, AG, 25 for Mayor and Vice Mayor, 10 for CCU Board Member).

I want the court to award costs, fees, and expenses, as authorized by all provisions of law.

I want the court to expedite the trial in January 2018 since my pleading sets out a claim for relief that does not require a responsive pleading.

6

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass. cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law (3) the factual contentions have evidentiary support or, if specifically, so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A.**    **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case- related papers may be served.  I understand that my failure to keep a current address on file with the Clerk ' s Office may result in the dismissal of my case,

Date of signing: _11/29/2017_

Signature of Plaintiff:

Printed name of Plaintiff: _Sedfrey M Linsangan_

**B.**    **For Attorneys**

Date of signing: _____

Signature of Attorney: _____

Printed name of Attorney: _____

Bar Number: _____

Name of Law Firm: _____

Address: _____

|  |  |  |
|---|---|---|
| *City* | *State* | *Zip Code* |

Telephone Number: _____

E-mail Address: _____

7